IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ENTERPRISE RENT-A-CAR WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 2056<br>Misc. No. 09-210<br>Civil No. 07-1687 |
| NICKOLAS HICKTON, *et. al.*, | ) ) | Civil No. 09-0815<br>Civil No. 09-0816 |
| Plaintiffs, | ) ) | Civil No. 09-0824<br>Civil No. 09-0832 |
| v. | ) ) | Civil No. 09-0833<br>Civil No. 09-1188 |
| ENTERPRISE RENT-A-CAR COMPANY, *et. al.*, | ) ) ) | Civil No. 09-1321<br>Civil No. 10-1003<br>Civil No. 10-1189 |
| Defendants. | ) ) ) | Civil No. 10-1456<br>Civil No. 11-0071<br>Civil No. 11-0333 |
| THIS DOCUMENT RELATES TO: | ) ) | Civil No. 11-1024<br>Civil No. 12-0659 |
| <u>Hickton v. Enterprise Rent-A-Car Company</u>, Civil No. 07-1687 | ) ) | |

*ORDER*

**AND NOW**, this 24th day of September, 2012, upon consideration of the motion for summary judgment filed by defendant Enterprise Rent-A-Car Company of Pittsburgh, LLC (ECF No. 346 at 2:09-mc-210) and the submissions of the parties, for the reasons set forth in the memorandum opinion filed concurrently with this order,

**IT IS HEREBY ORDERED** that defendant Enterprise Rent-A-Car Company of Pittsburgh, LLC's motion for summary judgment is **DENIED**.

By the Court,

/s/ Joy Flowers Conti
Hon. Joy Flowers Conti
United States District Judge